IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
QUANTUM FOODS, LLC, *et al.*,                                :   Case No. 14-10318 (KJC)
                                                             :
       Debtors.[1]                                           :   Jointly Administered
                                                             :
------------------------------------------------------------ x
RAGING BULL ACQUISITION COMPANY                              :
LLC,                                                         :
                                                             :
       Plaintiff,                                          :
                                                             :   Adv. Pro. No. 14-50360 (KJC)
v.                                                           :
                                                             :   Ref. Docket No. 21
QUANTUM FOODS, LLC, QUANTUM                                  :
FOODS 213-D, LLC, QUANTUM CULINARY,                          :
LLC, GDC LOGISTICS, LLC, and CHOICE                          :
ONE FOODS, LLC,                                              :
                                                             :
       Defendants and                                      :
       Counterclaim Plaintiffs,                            :
                                                             :
v.                                                           :
                                                             :
OAKTREE CAPITAL MANAGEMENT, LP                               :
and RAGING BULL ACQUISITION                                  :
COMPANY, LLC,                                                :
                                                             :
       Counterclaim Defendants.                            :
------------------------------------------------------------ x

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the following schedule shall apply.

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); and Choice One Foods, LLC (9512). The debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

01:15845583.1

**IT IS HEREBY ORDERED** that:

1. Any extension of time to file a responsive pleading is not effective unless approved by Order of the Court. Any motion for extension of time to file a responsive pleading or stipulated order for such an extension must be filed with the Court no later than ten (10) days before the initial scheduling conference on the particular matter to which such responsive pleading or stipulated order applies.

2. Pursuant to Rule 7016-1 of the Local Rules for the United States Bankruptcy Court District of Delaware ("Local Rules"), the initial Federal Rules of Civil Procedure ("Fed. R. Civ. P.") Rule 16 scheduling conference in this adversary proceeding (the "Initial Scheduling Conference"), made applicable by Rule 7016 of the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), was held on July 16, 2014, at 11:00 a.m. (Eastern Time) in connection with the pretrial conference in this case.

3. In connection with the negotiation of this Scheduling Order, the parties met and conferred regarding the scheduling and discovery matters reflected herein as required under Local Rule 7026-3 and Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026.

4. Briefing on the Counterclaim Defendants' *Motion for Order Dismissing Specified Counts of Counterclaims Included in Defendants' Answer [D.I. 10]* [D.I. 16] (the "Motion to Dismiss") shall occur as follows:

    (a) Counterclaim Plaintiffs shall file an answering brief on or before August 15, 2014.

    (b) Counterclaim Defendants may file a reply brief on or before August 29, 2014.

5. In lieu of the initial disclosures under Fed. R. Civ. P. 26(a)(1), the parties will produce documents in response to document requests on a rolling basis, between August 12, 2014, and August 22, 2014.

6. A status conference to address open scheduling, discovery, and related matters, including, without limitation, to establish deadlines for the completion of all fact and expert discovery, shall be held on August 19, 2014 at 1:00 p.m. (Eastern Time).

7. The parties have separately submitted an order regarding appointment of a mediator. The parties shall participate in mediation to be completed no later than September 29, 2014.

8. Oral argument on the Motion to Dismiss shall be held on October 6, 2014 at 10:00 a.m. (Eastern Time).

9. The trial date for this adversary proceeding and related procedures and deadlines, including, without limitation, for the filing of a Joint Pretrial Memorandum approved by all counsel, will be established at a later date, in a separate Order of this Court.

10. Plaintiff shall immediately notify Chambers upon the settlement, dismissal, or other resolution of this adversary proceeding and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall file a status report forty-five (45) days after the date of this Scheduling Order, each forty-five (45) days thereafter, and thirty (30), twenty (20), and ten (10) days prior to trial (the date of which, as indicated above, will be established at a later date, in a separate Order of this Court), setting out the status of the adversary proceeding subject to this Scheduling Order.

11. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

12. Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Scheduling Order.

Dated: August 1, 2014
Wilmington, DE

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

01:15845583.1

3